IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK A. SHERWOOD, JR. <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD BOWARS, et al.; KENNETH JORDON, et al.; JEFFREY WHITEKO, et al.; FAYETTE COUNTY PRISON WARREN, et al.; RICHARD BOWERS, et al., <br><br> Defendants. | 2:23-cv-1567; 2:23-cv-1568; 2:23-cv-1569; 2:23-cv-1570; 2:23-cv-1571 <br><br> Hon. J. Nicholas Ranjan <br><br> Magistrate Judge Patricia L. Dodge |

**OMNIBUS ORDER ADOPTING REPORTS & RECOMMENDATIONS**

Before the Court are five Reports & Recommendations issued by Magistrate Judge Patricia L. Dodge recommending that Plaintiff Frederick A. Sherwood, Jr.'s five complaints in five related cases be dismissed with prejudice for failure to prosecute.

Having reviewed the Reports & Recommendations and the records in these cases for clear error, and having considered that no objections to the Reports & Recommendations were filed, the Court finds no clear error on the face of the records.

**AND NOW**, this **16th day of August, 2024**, it is hereby **ORDERED** that Judge Dodge's Reports & Recommendations (in ascending order of case numbers: ECF 59, ECF 69, ECF 66, ECF 65, ECF 70) are **ADOPTED** as the opinions of the Court. The above-captioned cases are all **DISMISSED WITH PREJUDICE**, and the Clerk of the Court shall mark the cases as **CLOSED**.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge

Frederick A. Sherwood, Jr.
QF4227
SCI PINE GROVE
189 FYOCK ROAD
INDIANA, PA 15701
PRO SE